UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
SUNIL WALIA,

            Plaintiff,

    v.

MICHAEL CHERTOFF, Secretary, Department
of Homeland Security, I.C.E.,

           Defendant.
------------------------------------------------------------ x

06-CV-06587 (JBW) (MDG)

<u>PRIVACY ACT ORDER</u>

       Plaintiff having made discovery requests pursuant to Federal Rule of Civil Procedure 34, and defendant (the "government") having objected on the ground that the government is prohibited from producing certain materials to plaintiff by the Privacy Act of 1974, 5 U.S.C. § 552a, and it appearing that disclosure of such materials is in the interests of justice and is subject to the Confidentiality Order being entered simultaneously herewith, it is ORDERED, that

       1.    To the extent that the government objects to these initial disclosures or any other information or material sought by plaintiff during the course of this action on the ground that such production is prohibited by the Privacy Act of 1974, 5 U.S.C. § 552a, the government's objection is overruled and the government shall produce the requested documents and other information or material. 5 U.S.C. § 552a(b)(11).

2.   This Order is without prejudice to any other objections the government may have to plaintiff's discovery requests.

SO ORDERED.

Dated: Brooklyn, New York
       _____, 2007

_____
MARYLIN D. GO, U.S.M.J.

The entry of this Order is consented to by the parties to this action.

Dated: New York, New York                      Dated: New York, New York
       June 22, 2007                                  June 21, 2007

       SUNIL WALIA                                    ALBERTO R. GONZALES
                                                      United States Attorney General
                                                      Attorney for Defendant

By: _____   By: _____
    LOUIS D. STOBER, JR., ESQ. (LS-9318)       JOSEPH A. PANTOJA (JP-1845)
    Law Office of Louis D. Stober, Jr., LLC    United States Attorney's Office
    350 Old Country Rd., Ste 205               Southern District of New York
    Garden City, NY 11530                      86 Chambers Street
    Telephone: 516.742.6546                    New York, New York 10007
                                               Telephone: 212.637.2785

2