*Office of Investigations*

U.S. Department of Homeland Security
601 W. 26th Street, Suite 700
New York, NY 10001



**U.S. Immigration and Customs Enforcement**

AUG 29 2005

MEMORANDUM FOR: Salvatore Dalessandro, Deputy SAC New York
Marvin Walker, Deputy SAC JFK

FROM: Martin D. Ficke
Special Agent in Charge, New York

SUBJECT: Assignment of New Group Supervisors/Reassignment of Current Group Supervisors

The following New Group Supervisor assignments will be effective **September 11, 2005**:

| EMPLOYEE | TO |
|---|---|
| 1. David C▇ | ASAC Forman |
| 2. Steven DeMayo | ASAC Lopez |
| 3. Maria Imburgia | DSAC JFK |
| 4. Joseph Macchiaroli | ASAC Edge |
| 5. Karen P▇ | ASAC Forman |
| 6. Alfred R▇ | RAC LI |

The following Group Supervisor reassignments will be effective **September 11, 2005**:

| EMPLOYEE | FROM | TO |
|---|---|---|
| 1. D. J. McSweeney | ASAC Lopez | ASAC Stella |
| 2. ***Kevin Smith | DSAC JFK | RAC LI |
| 3. Mark Witzal | ASAC Stella | ASAC Edge |

*** Reassignment effective on or before **September 7, 2005**.

Please advise Senior Program Manager Marc A. Lorenti of individual group assignments <u>by close of business **September 9, 2005.**</u>

cc: Christopher Rossi, ASAC NSD

www.ice.gov

Office of Investigations
U.S. Department of Homeland Security
601 W 26th Street, Suite 700
New York, NY 10001



**U.S. Immigration and Customs Enforcement**

JUN 14 2005

MEMORANDUM FOR: Salvatore Dalessandro, Deputy SAC New York
Marvin Walker, Deputy SAC/JFK
Christopher Rossi, ASAC National Security Division

FROM: Martin D. Ficke
Special Agent in Charge, New York

SUBJECT: Personnel Reassignments

The following personnel reassignments will be effective June 26, 2005

| | EMPLOYEE | FROM | TO |
|---|---|---|---|
| 1. | Darren E█ | ASAC Lopez | ASAC Stella |
| 2. | Alvin M█ | ASAC Ammirati | ASAC Lopez |
| 3. | Evan F█ | ASAC Forman | ASAC Stella |
| 4. | William G█ | ASAC Forman | ASAC Stella |
| *5. | Joseph Love | ASAC Forman | ASAC Rossi |
| 6. | Peter M█ | ASAC Forman | ASAC Rossi |
| 7. | Nicholas M█ | ASAC Forman | ASAC Ammirati |
| 8. | Christopher C█ | ASAC Stella | ASAC Ammirati |
| 9. | Paul M█ | ASAC Stella | ASAC Forman |
| 10. | Karen P█ | ASAC Stella | ASAC Forman |

The following personnel reassignments were effective May 15, 2005.

| | EMPLOYEE | FROM | TO |
|---|---|---|---|
| 1. | Robert Fagan | ASAC Rossi | DSAC JFK |
| 2. | Peter Robustelli | ASAC Rossi | DSAC JFK |

Please advise Senior Program Manager Marc A. Lorenti of individual group assignments by close of business *Friday, June 17, 2005.*

Office of Investigations
U.S. Department of Homeland Security
601 W 26th Street, Suite 700
New York, NY 10001



**U.S. Immigration and Customs Enforcement**

**JAN 25 2005**

MEMORANDUM FOR: Deputy SACs New York/JFK

FROM: Special Agent in Charge, New York

SUBJECT: Reassignments

The following reassignments will be effective February 6, 2005:

| | FROM | TO |
|---|---|---|
| Joseph C▮ | Deputy SAC, New York | RAC Long Island |
| Anne F▮ | Deputy SAC, New York | RAC Long Island |
| Edward G▮ | Deputy SAC, New York | RAC Long Island |
| Paul R▮ | Deputy SAC, New York | RAC Long Island |
| Richard B▮ | Deputy SAC, JFK | RAC Long Island |
| Manuel D▮ | Deputy SAC, JFK | RAC Long Island |
| John J▮ | RAC Long Island | Deputy SAC, New York |
| Gerard S▮ | RAC Long Island | Deputy SAC, New York |

Martin D. Ficke

cc: Senior Program Manager, Marc Lorenti
    ESM, Edith Monteagudo

Office of Investigations
U.S. Department of Homeland Security
601 W 26th Street, Suite 700
New York, NY 10001



**U.S. Immigration and Customs Enforcement**

JUL 0 8 2004

MEMORANDUM FOR:   Associate Special Agents in Charge, NYC/JFK/Financial/
                  26 Federal Plaza/RAC Long Island

FROM:             Special Agent in Charge, New York

SUBJECT:          Reassignment of Special Agents Currently Attending the ICE Academy

The following employees currently attending the ICE Academy will report to the office listed below upon completion of their training. Please notify ESM Edie Monteagudo by **Tuesday, July 13, 2004** with the name of their assigned Group Supervisor. In the absence of an identified Group Supervisor, the Associate SAC and/or RAC will be the point of contact.

|              | From Associate SAC: | To Associate SAC: | Estimated Return Date |
|---|---|---|---|
| Gordon G▮       | 26 Federal Plaza | RAC Long Island  | August 9, 2004     |
| Robert V▮       | 26 Federal Plaza | RAC Long Island  | September 13, 2004 |
| Charles D▮      | 26 Federal Plaza | JFK              | September 13, 2004 |
| Michael M▮      | 26 Federal Plaza | JFK              | November 8, 2004   |
| Jennifer M▮     | Financial        | NYC              | October 27, 2004   |
| Christopher H▮  | JFK              | 26 Federal Plaza | October 27, 2004   |
| Rodger W▮       | JFK              | 26 Federal Plaza | October 27, 2004   |
| Christopher D▮  | NYC              | Financial        | August 2, 2004     |

All of the above listed employees will be notified of these reassignments as soon as we receive the name of their respective Group Supervisors.

Martin D. Ficke

Cc:   A/SAC Management Marc Lorenti
      ESM Edie Monteagudo
      G/S Peter Q▮
      PM Michael Fay

SEP 06 2007 08:17 FR DHS SAC/NY      646 230 3255 TO 912122644534      P.09

Office of Investigations
U.S. Department of Homeland Security
601 W 26th Street, Suite 700
New York, NY 10001



## U.S. Immigration and Customs Enforcement

JUN 03 2004

MEMORANDUM FOR:   Associate SAC/NY, 26 Federal Plaza
                  Director, EDTF

FROM:             Special Agent in Charge
                  New York

SUBJECT:          Personnel Reassignments

On June 27, 2004, the following Special Agent reassignments are effective:

| | | |
|---|---|---|
| C████, Elizabeth | to | El Dorado TF |
| J████, Abe | to | El Dorado TF |
| H████, Mathew | to | Associate SAC/NY (OCDETF) |
| M████, Robert | to | Associate SAC/NY |
| H████, Miguel | to | 26 Federal Plaza |
| K████, Keith | to | 26 Federal Plaza |
| M████, Robert | to | 26 Federal Plaza |
| P████, Theodore | to | 26 Federal Plaza |

_Martin D. Ficke_
Martin D. Ficke



**U.S. Customs Service**

*Memorandum*

E016

DATE: **JUL 2 1 2003**

FILE: ADMIN-1 OI:NY

TO: Associate Special Agents in Charge, JFK/NYC/Administration

FROM: Interim Special Agent in Charge, New York

SUBJECT: Reassignments

The following reassignments, predicated upon their recent promotions, will be effective August 3rd, 2003:

| | FROM | TO |
|---|---|---|
| Alysa E▓ | Associate SAC, NYC Financial Group 3 | Associate SAC, NYC Financial Group 4 |
| Drew Houlihan | Associate SAC, NYC Financial Group 5 | Associate SAC, NYC Strategic Group 1 |
| John Tarpey | Associate SAC, JFK Resident Agent in Charge, L.I. | Associate SAC, NYC Narcotics Group 1 |

Martin D. Ficke

TRADITION

★

SERVICE

★

HONOR