Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| YAGODA, STEVEN A | [redacted] | 12/04/58 | 09/30/07 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 790 | REALIGNMENT |
| 5-C. Code | 5-D. Legal Authority |
| UNM | ICE OI FY2008 REORG |
| 5-E. Code | 5-F. Legal Authority |
| | |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |
| 6-C. Code | 6-D. Legal Authority |
| | |
| 6-E. Code | 6-F. Legal Authority |
| | |

**7. FROM: Position Title and Number**

**15. TO: Position Title and Number**
SUPVY CRIM INVSTGR
04001594  A01482

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | GS | 1811 | 14 | 07 | 147,736.60 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | .00 | | .00 | 94,937.00 | 23,326.00 | 118,263.00 | 29,473.60 |

**14. Name and Location of Position's Organization**
IMMIGRATION AND CUSTOMS ENFORCEMENT
INV DIRECTOR
INV FIELD OFC NEW YORK
INV ASSOC SAC - JFK

**22. Name and Location of Position's Organization**
IMMIGRATION AND CUSTOMS ENFORCEMENT
INV DIRECTOR
AD OPERATIONS EAST
SAC NEW YORK, NY

HS BB1503090002000000  PP 20 2007

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 — None  3 — 10-Point/Disability  5 — 10-Point/Other | 0 — None  2 — Conditional | | YES   X  NO |
| 2 — 5-Point  4 — 10-Point/Compensable  6 — 10-Point/Compensable/30% | 1 — Permanent  3 — Indefinite | | |
| 1 | 1 | | |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| B0  WAIVED | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| M  FERS AND FICA SPECIAL | 10/09/79 | F  FULL TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 — Competitive Service  3 — SES General | E — Exempt | | 8888 |
| 2 — Excepted Service  4 — SES Career Reserved | N — Nonexempt | | |
| 1 | E | | |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 36-4170-081 | NEW YORK - QUEENS  QUEENS  NY |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|

**45. Remarks**

Attachment #1

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| HOMELAND SECURITY | ROBERT W. HOSENFELD |
| | ASST COMMISSIONER, HUMAN RES MGMT |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| HS BB | 1645 | 10/07/07 |

5-Part 50-316

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238