1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
SUNIL WALIA,

                Plaintiff,

    -against-

MICHAEL CHERTOFF, Secretary, Department
of Homeland Security, I.C.E.,

                Defendants.

----------------------------------------X

            July 12, 2007
            9:51 a.m.

            350 Old Country Road
            Garden City, New York

      DEPOSITION of STEVEN A. YAGODA, the Non-Party Witness herein, taken by the Plaintiff, pursuant to Article 31 of the Civil Practice Law and Rules of Testimony, and Notice, held at the above-mentioned time and place, before Debra Stevens, a Notary Public of the State of New York.

ORIGINAL

SUZANNE HAND & ASSOCIATES, INC.   631.277.2700   888.WE DO EBTs

2

```
 1
 2   A P P E A R A N C E S:
 3
 4
 5       LOUIS D. STOBER, JR., ESQ.
             Attorney for Plaintiff
 6           350 Old Country Road
             Garden City, New York 11530
 7
 8
 9
         ALBERT R. GONZALEZ
10       Unites States Attorney General
             Attorney for Defendants
11           United States Attorney's Office
             Southern District of New York
12           86 Chambers Street
             New York, New York 10007
13
     BY:     JOSEPH A. PANTOJA
14           Assistant United States Attorney
             Special Attorney to the Attorney
15           General
16
17   ALSO PRESENT:
18       DAVID B. SUNA, Associate Legal Advisor
         U.S. Department of Homeland Security
19
         SUNIL WALIA, Plaintiff
20
21
22
23
24
25
```

9

S. Yagoda

1
2  statement by counsel using the word
3  "confidential." You don't have to be concerned
4  with that. That is merely a housekeeping matter
5  that the attorneys and the Court have already
6  discussed and it is just a way of having it
7  marked on the record. But it has nothing to do
8  with your testimony or what you should or
9  shouldn't be saying. Okay?
10      A    Understood.
11      Q    The general investigation group,
12 can you tell me what you do? By "you," I mean
13 the group.
14          MR. PANTOJA: Objection.
15      A    During what time period?
16      Q    During the time period of
17 October 2006 -- January 2006 to present.
18          MR. PANTOJA: Objection.
19      A    The general investigations group,
20 I would say, had three major components. The
21 first component is an administrative component,
22 which is an admin function within the office
23 responsible for property issues, physical
24 security, the issuance of property, tracking of
25 property, the inventory of property, the

10

S. Yagoda

1
2  maintenance of certain databases, the
3  maintenance of our continuation of operation
4  plan, which is the COOP plan.
5      Q    When you say COOP plan, C-O-O-P,
6  Continuation of Operation Plan, an abbreviation?
7  C-O-O-P?
8      A    C-O-O-P.
9      Computer issues with LAN. I was
10  very high on the hierarchy for the Customs
11  computer system, which I granted access for
12  people. I was responsible for maintenance of
13  that; fleet and vehicle management, government
14  property.
15      Basically, that was the
16  administrative component.
17      Q    Was health and safety also part of
18  it?
19      A    Yes, it was.
20      Q    By "health and safety," health and
21  safety of the agents?
22      A    Health and safety of the agents
23  and the office. Fire extinguishers, making sure
24  they were up to date. Safety equipment. Things
25  of that nature.